UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JIT SHI GOH,<br><br>　　　　　　　　*Plaintiff*,<br>　　v.<br><br>NORI O INC., d/b/a SUSHI O, OTAYA SUSHI II, INC., d/b/a SUSHI O, NORBU OF SUSHI O INC., d/b/a SUSHI O, PENG L. TAM a/k/a ALAN TAM, YUK YEN CHAI a/k/a IVY CHAI, YUK WING CHAI a/k/a SAM CHAI, and YOKE CHOI CHAI a/k/a TERRY CHAI,<br>　　　　　　　　*Defendants*. | Civil No. 2:16-cv-02811 (KSH) (CLW)<br><br>**ORDER** |

Upon consideration of the motion for partial summary judgment (D.E. 41) filed by defendants Nori O Inc., Otaya Sushi II, Inc., Norbu of Sushi O Inc., Peng L. Tam, Yuk Yen Chai, Yuk Wing Chai, and Yoke Choi Chai; and for the reasons expressed in the opinion filed herewith,

**IT IS**, on this 23rd day of December, 2020,

**ORDERED** that defendants' motion (D.E. 41) is GRANTED as to Otaya Sushi II, Inc., Norbu of Sushi O Inc., Yuk Wing Chai, and Yoke Choi Chai, and these defendants are dismissed; and it is further

**ORDERED** that defendants' motion (D.E. 41) is DENIED as to Yuk Yen Chai.  The remaining defendants in this lawsuit, therefore, are Nori O Inc., Peng L. Tam, and Yuk Yen Chai.

    /s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.